**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

JHON DARWIN
GUARNIZO−PUCHAICELA

Petitioner,

v.

Case No.:
2:26−cv−11495−CCC
Judge Claire C. Cecchi

WARDEN

Respondent.

# ORDER

Respondents are hereby enjoined from transferring Petitioner from New Jersey pending further Order of the Court.

If Respondents determine that Petitioner (1) does **NOT** have a criminal history, and (2) is **NOT** subject to a final order of removal, Respondents shall **release** Petitioner within twenty−four (24) hours of the entry of this Order.

If Petitioner is not released and contends that he/she is being denied necessary **medical care**, prescribed medication, or is otherwise being subjected to unconstitutional conditions of confinement, the parties shall meet and confer within twenty−four (24) hours after entry of this Order. Petitioner's counsel shall initiate the conference. Within twenty−four (24) hours, the parties shall file a joint status report identifying the issues that remain in dispute and whether any relief can be provided without further Court intervention.

Within three (3) days after entry of this Order, Respondents shall file either: (a) a letter certifying Petitioner's release pursuant to this Order; or (b) a letter, not to exceed two pages, identifying (1) whether Petitioner has a criminal history, (2) whether Petitioner is subject to a final order of removal, and (3) the statutory authority under which Petitioner continues to be detained. Upon receipt of that letter, the Court will determine whether an expedited scheduling order or other proceedings are necessary.

September 4, 2026
DATED

s/ Judge Claire C. Cecchi
United States District Judge