**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alicia.gonzalez@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2862*
*fax: (973) 297-2010*

*Alicia Gonzalez*
*Special Assistant United States Attorney*

September 10, 2026

**Via ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *Guarnizo-Puchaicela v.Warden,* No. 26-11495 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at approximately 4:00 p.m. on September 4, 2026. Respondents apologize to the Court and Petitioner for submitting this confirmation letter after the Court's deadline, and respectfully request that the Court accept this letter *nunc pro tunc*.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

In light of Petitioner's release, the Clerk's Office shall close this matter. SO ORDERED.

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Dated: September 11, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc:
By Mail to Petitioner:
Jhon Darwin Guarnizo-Pachiacela
Petitioner, *Pro se*
Elizabeth Contract Detention Facility
625 Evans St.
Elizabeth, NJ 07201